

**NUMBER 13-14-00149-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**IN RE ING AMERICA EQUITIES, INC. AND SECURITY LIFE OF DENVER INSURANCE COMPANY**

**On Petition for Writ of Mandamus.**

**ORDER**

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Order Per Curiam**

Relators, ING America Equities, Inc. and Security Life of Denver Insurance Company, filed a petition for writ of mandamus in the above cause on March 7, 2014, contending that the trial court erred in refusing to enforce a forum selection clause.

The Court requests that the real parties in interest, Rosario Parra as Trustee of the Raul A. Marquez Trust and Dr. Raul A. Marquez, or any others whose interest would be directly affected by the relief sought, including but not limited to Alberto Morales, ING Security Life, American International Group Inc., American General Life Insurance Company, and Nelson P. Todd, file a response to the petition for writ of mandamus on or

before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
10th day of March, 2014.